**FILED**
July 15, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Joseph Hinojos_____
DEPUTY

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Alex Michael Hayes | ) | Case No.  **PE: 26-MJ-277** |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 3, 2025_____ in the county of _____Ward_____ in the _____Western_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(2) | Reciept and Distribution of child pornography. |
| 18 U.S. C. 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Complaint sworn to telephonically and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

*SA Luke T. Samaniego*
_____
*Complainant's signature*

Luke Samaniego, HSI Special Agent
_____
*Printed name and title*

Date: _____7/15/2026_____

_____
*Judge's signature*

City and state: _____Alpine, Texas_____

Honorable Judge David B. Fannin
_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Pecos Division

I, Luke Samaniego, being duly sworn, depose and state as follows:

## PROBABLE CAUSE

On February 3, 2025, Texas Department of Public Safety (DPS) Criminal Investigations Division (CID) Special Agent (SA) opened a National Center for Missing and Exploited Children (NCMEC) cyber tip that revealed videos shared on an Instagram account. The videos shared involved pre-pubescent child victims engaged in sexual activities. According to the cyber tip, there was a message thread between two Instagram users both agreeing to exchange content, later identified as Child Sexual Abuse Material (CSAM). Additionally, it was discovered that the main account associated with the cyber tip was responsible for sending CSAM out to the other account. Two (2) videos are consistent with Child Pornography. The suspected Child Pornography videos are described below:

Video 1: This video is approximately fifteen (15) seconds long and depicts a pre-pubescent female child victim approximately six (6) to eight (8) years old sitting up on the edge of a bed, completely nude. An adult male then begins sexually penetrating the victim's vagina with his penis.

Video 2: This video is approximately forty-five (45) seconds long and depicts a pre-pubescent child victim, approximately nine (9) to eleven (11) years old, topless. The video then shows the victim's vaginal region and anal region.

The account associated with the Cyber Tip had a phone number associated with the Defendant. A deeper dive of the said phone number revealed that it was listed on Defendant's rental agreement and driver's license application. Based on further findings, it was determined that Defendant was using and controlling the phone number, which was used to distribute CSAM. The phone HAYES used is a black iPhone 16. This iPhone model was manufactured in China.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Pecos Division

On January 12, 2026, DPS CID presented this information to Homeland Security Investigations (HSI) Alpine. HSI Alpine also received information that a precursive search of the subject's cellular device revealed over 40 videos of potential CSAM and pictures advertising CSAM. HSI Alpine was provided with reports, and copies of the Search Warrant for the subject's cellular device and Instagram account. HSI Alpine Special Agents (SAs) reviewed the cellular extraction of the mobile device and discovered approximately 46 Child Sexual Abuse Material (CSAM) videos depicting toddlers, infants, and prepubescent children forced to engage in sexually explicit conduct as defined in 18 USC 2256. After reviewing this information, HSI Alpine accepted the case for investigation

## CONCLUSION

Based on the preceding facts and circumstances stated above, I submit that there is probable cause to believe the Defendant did knowingly commit a violation of Title 18, United States Code, Section § 2252A(a)(2) and 2252A(a)(5)(B).

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge and belief.

SA Luke T. Samaniego

Luke Samaniego
Special Agent
Homeland Security Investigations

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Pecos Division


Subscribed and sworn to before me this __15th__ day of July, 2026.


The Honorable David B. Fannin
United States Magistrate Judge
Western District of Texas (Pecos Division)